`IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
APR 30 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:24-cr-36 |
| ) | |
| KEVIN JAVON TAYLOR, ) | 18 U.S.C. § 2252(a)(2) |
| ) | Receipt of Visual Depiction of a |
| ) | Minor Engaging in Sexually Explicit |
| ) | Conduct |
| Defendant. ) | (Count 1) |
| ) | |
| ) | 18 U.S.C. § 2253 |
| ) | Forfeiture |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**

On or about November 8, 2020, in the City of Virginia Beach, in the Eastern District of Virginia, and elsewhere, defendant KEVIN JAVON TAYLOR, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, specifically a file with filename ending in "11 yo sucks dick."

## **CRIMINAL FORFEITURE**

A. Defendant KEVIN JAVON TAYLOR, upon conviction of the sole count in this Information, as part of the sentencing of the defendant pursuant to Fed. R. Crim. P. 32.2, shall forfeit to the United States:

1. Any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, and produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

2. Any and all property, real and personal, used or intended to be used in any manner or part to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property;

3. Any and all property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*; and

4. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

B. The property subject to forfeiture includes, but is not limited to, items seized from the defendant on or around June 6, 2021, including:

- Black "memories" photo album (ITEM 1)
- Black binder with photos inside (ITEM 2)
- Gray "Zataye" pouch with photos inside (ITEM 3)
- Black nexus tablet with charger (ITEM 4)

2

- Black Alcatel cell phone with charger (ITEM 5)

- Black Samsung Galaxy S5 Model #SM-G900V (ITEM 8)

- Gray/Black PNY Dell Inspiron laptop (service tag Serial #276QQFZ) (ITEM 9)

- Black Samsung cellphone with slide out keyboard (ITEM 10)

- 1 Gray PNY 256GB thumb drive; 1 San Disc 128 GB thumb drive (ITEM 14)

- Black external hard drive sabrent model # EC-UASP (ITEM 15)

- 1 black Acomdata external HD (ITEM 20)

- 2 thumb drives (1- green, 1-black) (ITEM 21)

- Black MSI laptop model #MS-N011 (ITEM 24)

- Windows Nuvision tablet TSN 819434615935611542 (ITEM 25)

- 14 SD cards (ITEM 26)

- 2 thumb drives (ITEM 27)

- 3 black HDs (various) (ITEM 28)

- 6 western digital HDs (ITEM 29)

- Black coolermaster desktop tower Serial # RC692AKKN51140200063 (ITEM 30)

- Black coolermaster desktop tower Serial # RC600KKN111037000623 (ITEM 31)

(All pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p).)

3

*United States of America v. KEVIN JAVON TAYLOR*
2:24-cr-_36_

                                        JESSICA D. ABER
                                        UNITED STATES ATTORNEY

By: _____
      E. Rebecca Gantt
      Assistant United States Attorney
      VSB No. 83180
      Attorney for the United States
      United States Attorney's Office
      101 West Main Street, Suite 8000
      Norfolk, VA 23510
      Office Number - 757-441-6331
      Facsimile Number - 757-441-6689
      E-Mail Address - rebecca.gantt@usdoj.gov