FILED
IN OPEN COURT

MAY 23 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:24-cr-36

KEVIN JAVON TAYLOR,

Defendant.

## STATEMENT OF FACTS

The United States and the defendant, KEVIN JAVON TAYLOR (hereinafter, "the defendant" or TAYLOR), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1.     In March 2021, the Federal Bureau of Investigation (FBI) began an investigation concerning the internet activity of a user with a certain IP address. The activity at issue occurred on multiple dates between October 2020 and May 2021. During that timeframe, the FBI Norfolk's Freenet[1] software detected hundreds of requests for blocks of files of suspected images depicting minors engaging in sexually explicit conduct (hereinafter referred to as child sexual abuse material or CSAM, synonymous with "child pornography" as defined in 18 U.S.C. § 2256). After receiving the requests, the FBI determined the hash values associated with the pieces of the requested files matched the hash value of previously known files containing CSAM.

---

[1] Freenet is an internet based, peer-to-peer network that allows users to anonymously share files, chat on message boards, and access websites within the network. To access Freenet, a user must first download the Freenet software, which is free and publicly available.

2. The IP address at issue resolved to Cox Communications. In response to a summons, Cox responded identifying that the IP address belonged to TAYLOR with a service address at a residence in Virginia Beach, Virginia ("the Virginia Beach residence"). The IP address was initially assigned to the account on January 3, 2020.

3. An FBI Special Agent trained in recognizing CSAM reviewed the files that the Freenet user had requested. Two examples of the files requested from law enforcement computers are more particularly described below:

    a. A filename ending in "Sex with 8yo Girl.mp4," is about fourteen minutes long, and depicts an adult male sitting naked at a computer desk and a prepubescent female child who is clothes sits on the chair next to him. The adult male begins to masturbate and then has the prepubescent female child perform oral sex on him after which he begins masturbating again and ejaculates onto the floor. The video then moves to a bed where the prepubescent female child is laying naked and the adult male, who is also naked, is performing oral sex on her. The prepubescent female child then performs oral sex on the adult male, intermittently the male masturbates and has the female child lick his penis and fondle his scrotum and then the adult male ejaculates on the prepubescent female child's face.

    b. A video file ending in the name: "Bonus Round.mp4" is over seven minutes long and depicts multiple scenes with prepubescent children and adult males, nude, kissing, the children perform oral sex on the adult males and are vaginally penetrated by them at times in a group and at times individually. Numerous



children have adult males ejaculate on their faces or in their mouths. The majority of children appear to be between the ages of four and ten years old.

4.   Agents conducted surveillance of the Virginia Beach residence and saw TAYLOR entering and leaving the residence, as well as the frequent presence of a vehicle registered to TAYLOR, in March and April 2021.

5.   On June 6, 2021, the FBI executed a search warrant at the Virginia Beach residence. TAYLOR was home at the time agents executed the search warrant.

6.   During their search, the FBI conducted a preliminary review of certain of the defendant's electronic devices and found Freenet to be installed on TAYLOR's Cooler Master desktop computer (named "KEVPOWERD") along with encryption software and artifacts indicating the presence of possible CSAM. Agents found file names and file paths from Freenet with titles synonymous with CSAM. Agents also discovered three physical binders containing paper-printed CSAM.

7.   A review of the electronic devices seized from TAYLOR's residence contained approximately 14,100 images of child sexual abuse material, 642 videos of child sexual abuse material, and over 90,000 images of child erotica, (meaning files where it was not clear whether a minor was depicted, or files that depicted a minor in a sexually suggestive manner but was not sexually explicit). These files were stored across approximately thirty-three different electronic devices as well as physical copies.

   a.   One image with file name ending in '.5065.gif' depicts a naked prepubescent female child with an adult male penis being inserted into her vagina. On the stomach of the prepubescent female child are the words "FUCK ME" with an arrow pointing down to her vagina.

    b. Investigators discovered an image ending in '603.jpg' which contains visual depictions of bondage which depicts a naked prepubescent female child in what appears to be a doorway. Her arms and legs are spread, and both of her ankles and wrists are attached to the doorway with some type of cloth shackle. The prepubescent female child is also wearing an animal print blindfold.

8. A review of the file system on TAYLOR's Cooler Master desktop computer identified a folder which contained several Freenet installer files and file paths containing CSAM.

    a. One file in the default folder and with a file path indicating the file was downloaded from Freenet discovered on TAYLOR's desktop computer, with a filename ending in "11 yo sucks dick," depicts a prepubescent female child in various stages of undress, one of which she is shown naked from the waist down with an adult male penis next to her vagina, one with the prepubescent female child inserting an object into her vagina, and one with the prepubescent female child with an adult penis in her mouth. Metadata for the file indicates it was obtained on November 8, 2020.

9. During the search, TAYLOR stated he was willing to speak with the FBI and voluntarily waived his rights pursuant to *Miranda v. Arizona*. TAYLOR stated he has lived at the Virginia Beach residence since August 2016. He advised he has several laptops and two desktop computers, one serving as a backup for the other. He admitted he has a lot of external media located all over his house, which is for her personal use. TAYLOR admitted to downloading CSAM every couple of weeks. He explained how he uses the message board on Freenet to find CSAM and downloads it to the default folder on his computer created by Freenet. TAYLOR stated he uses his desktop computer to download the files, and he has backups of the downloads folder

4



on his other desktop computer. TAYLOR admitted some of the thumb drives may also contain CSAM, and to possessing three binders filled with CSAM that he created while living at his current residence.

10.    Freenet is a peer-to-peer file sharing computing service that necessarily requires use of the Internet. The Internet is an interconnected network of computers with which one communicates when on-line, is a network that crosses state and national borders, and is a facility and means of interstate and foreign commerce. TAYLOR's Cooler Master desktop computer was manufactured outside the Commonwealth of Virginia.

11.    The evidence and investigation confirm that on or about November 8, 2020, in the City of Virginia Beach, in the Eastern District of Virginia, and elsewhere, defendant KEVIN JAVON TAYLOR, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, specifically a file with filename ending in "11 yo sucks dick."

12.    This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

13.    The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.



Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____

E. Rebecca Gantt
Assistant United States Attorney



After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, KEVIN JAVON TAYLOR, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
KEVIN JAVON TAYLOR

I am Rodolfo Cejas, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Rodolfo Cejas II, AFPD
Attorney for KEVIN JAVON TAYLOR